John W. Cherry, appellant, v. Aetna Casualty and Surety Company, appellee. Gen. No. 8,948.

Opinion filed April 17, 1936. Rehearing denied May 27, 1936.

Hutton & Clark and Gunn, Penwell & Lindley, for appellant. Acton, Acton & Baldwin, for appellee; W. M. Acton, of counsel.

Mr. Justice Allaben delivered the opinion of the court.

In re Estate of Enoch Brock, deceased.

Electa Fenstermaker, appellee, v. Mattie Brock, appellant. Gen. No. 8,950.

Opinion filed April 17, 1936. Rehearing denied May 27, 1936.

Whitmore & Whitmore, for appellant. Costigan & Wollrab, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

Agnes Fromme, appellant, v. City of Girard, appellee. Gen. No. 8,963.

Opinion filed April 17, 1936.

R. W. Gill and Leo J. Scott, for appellant. Samuel O. Smith, Jr., for appellee.

Mr. Justice Allaben delivered the opinion of the court.

William C. Means, executor of the last will and testament of W. L. Green, appellee, v. H. W. Green et al., appellants. Gen. No. 8,975.

Opinion filed April 17, 1936.

Thomas S. Weldon, for appellants. William R. Bach and William J. Bach, for appellee.

Mr. Justice Allaben delivered the opinion of the court.